NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**

*Plaintiff-Appellee*

**v.**

**REDINEL DERVISHAJ,**

*Defendant-Appellant*

---

2026-1018

---

Appeal from the United States District Court for the Eastern District of New York in No. 1:13-cr-00668-ENV-1, Senior Judge Eric N. Vitaliano.

---

**ON MOTION**

---

Before REYNA, BRYSON, and STARK, *Circuit Judge*s.

BRYSON, *Circuit Judge*.

## O R D E R

Redinel Dervishaj moves unopposed to transfer this appeal, from his criminal proceedings in the United States District Court for the Eastern District of New York, to the United States Court of Appeals for the Second Circuit, explaining that the "notice of appeal was inadvertently

prepared on a form used to appeal" to this court.  ECF No. 3 at 2.

This is a court of limited jurisdiction, which does not include jurisdiction over criminal cases.  *See* 28 U.S.C. § 1295.  Any appeal lies with the United States Court of Appeals for the Second Circuit, such that we transfer the appeal.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.  This matter and all case filings are transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 29, 2025
        Date